# Exhibit E



NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

NATHAN ABRAMOWITZ
DIRECT DIAL: +1 212 692 1006
PERSONAL FAX: +1 212 202 4486
*E-MAIL:* NAbramowitz@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

February 13, 2019

Ministerio de Finanzas de la Republica Bolivariana de Venezuela
Direccion General Sectorial de Finanzas Publicas
Esquina de Carmelitas
Avenida Urdaneta
Edificio del Ministerio de Hacienda
Caracas, Venezuela
Attn: Director de Credito Publico

Banco Central de Venezuela
Esquina de Carmelitas
Avenida Urdaneta
Caracas 1010
Venezuela
Attn: Vice President of International Operations

Re: **Notice of Event of Default and Demand for Payment**

Dear Sir/Madam:

We write this letter on behalf of our client, Rudi Lovati ("Lovati"). We have previously written a comparable letter to Deutsche Bank Trust Company Americas, as Fiscal Agent.

Lovati is the owner of certain bonds issued by the Bolivarian Republic of Venezuela (the "Republic") for which Deutsche Bank Trust Company Americas, f/k/a/ Bankers Trust Company acts as Fiscal Agent, which are governed by the Fiscal Agency Agreement dated July 25, 2001, as amended (the "FAA"). In particular, Lovati is the current owner of the following bonds, due May 7, 2023 (the "Bonds"), issued by the Republic:

| Face Amount | ISIN |
|---|---|
| $38,074,700.00 | USP17625AA59 |

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086
DM3\5624949.1
PHONE: +1 212 692 1000   FAX: +1 212 692 1020



Ministerio de Finanzas de la Republica Bolivariana de Venezuela
Banco Central de Venezuela
February 13, 2019
Page 2

    The Republic has failed to make the interest payments due on the Bonds to Lovati in the following required amounts on the following due dates:

| | |
|---|---|
| November 7, 2017 | $139,500.00 |
| May 7, 2018 | $1,713,361.50 |
| November 7, 2018 | $1,713,361.50 |
| Total | $3,566,223.00 |

    Therefore, an event of default has occurred in relation to the Bonds. As a result, we hereby provide the Republic with this demand that the Republic pay to Lovati all accrued and unpaid interest on the Bonds currently due and payable (currently $3,566,223.00), along with any interest thereon. Such entire amount should be forwarded to this firm, as counsel for Lovati.

    We reserve all rights to take all necessary legal actions to enforce our client's rights, including, without limitation, under the FAA and the Bonds.

Very truly yours,

Nathan Abramowitz

NA