# Exhibit I



| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | NATHAN ABRAMOWITZ | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1006 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 202 4486 | LAS VEGAS |
| LOS ANGELES | E-MAIL: NAbramowitz@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

February 13, 2019

Ministerio de Finanzas de la Republica Bolivariana de Venezuela
Direccion General Sectorial de Finanzas Publicas
Esquina de Carmelitas
Avenida Urdaneta
Edificio del Ministerio de Hacienda
Caracas, Venezuela
Attn: Director de Credito Publico

Banco Central de Venezuela
Esquina de Carmelitas
Avenida Urdaneta
Caracas 1010
Venezuela
Attn: Vice President of International Operations

> **Re:** **Notice of Event of Default and Demand for Payment**

Dear Sir/Madam:

We write this letter on behalf of our client, Alessandro Lucibello Piani ("Piani"). We have previously written a comparable letter to Deutsche Bank Trust Company Americas, as Fiscal Agent.

Piani is the owner of certain bonds issued by the Bolivarian Republic of Venezuela (the "Republic") for which Deutsche Bank Trust Company Americas, f/k/a/ Bankers Trust Company acts as Fiscal Agent, which are governed by the Fiscal Agency Agreement dated July 25, 2001, as amended (the "FAA"). In particular, Piani is the current owner of the following bonds, due May 7, 2023 (the "Bonds"), issued by the Republic:

| Face Amount | ISIN |
|---|---|
| $600.00 | USP17625AA59 |

Ministerio de Finanzas de la Republica Bolivariana de Venezuela
Banco Central de Venezuela
February 13, 2019
Page 2

DuaneMorris

     The Republic has failed to make the interest payments due on the Bonds to Piani in the following required amounts on the following due dates:

| | |
|---|---|
| May 7, 2018 | $27.00 |
| November 7, 2018 | $27.00 |
| Total | $54.00 |

     Therefore, an event of default has occurred in relation to the Bonds.  As a result, we hereby provide the Republic with this demand that the Republic pay to Piani all accrued and unpaid interest on the Bonds currently due and payable (currently $54.00), along with any interest thereon.  Such entire amount should be forwarded to this firm, as counsel for Piani.

     We reserve all rights to take all necessary legal actions to enforce our client's rights, including, without limitation, under the FAA and the Bonds.

Very truly yours,

Nathan Abramowitz

NA

DM3\5624938.1