# Arnold & Porter

**Kent A. Yalowitz**
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

May 18, 2026

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE**

**Dated: May 18, 2026**

The conference scheduled for May 19, 2026 at 10 a.m. is hereby rescheduled to **May 19, 2026 at 2 p.m.** The parties should use the dial-in circulated at ECF No. 131. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 132.

**BY ECF**

Hon. Valerie Figueredo
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:    *Lovati et al v. Bolivarian Republic of Venezuela*, Nos. 19 Civ. 4793 (ALC)
       (VF) and 19 Civ. 4796 (ALC) (VF)

Dear Judge Figueredo:

I write to request an adjournment of the telephone conference scheduled for **Tuesday, May 19, 2026, at 10:00 a.m.**

This is the first request for an adjournment of this conference.

The request is being made because the undersigned has a doctor's appointment at the time of the conference, and the other attorney in the has left the firm. No one else familiar with the issue presented for discussion is available to attend.

Counsel for the plaintiffs consents to this request.

All counsel are available on the following dates:

Tuesday, May 19, 2026 all afternoon
Wednesday, May 20, 2026 after 2:00 p.m.
Thursday, May 21, all afternoon.

Respectfully submitted,

Kent A. Yalowitz

cc:  All ECF Counsel

**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street | New York, NY 10019-9710 | **www.arnoldporter.com**