UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SERGIO LOVATI, et al.,

                                    Plaintiffs,                    19-CV-4796 (ALC) (VF)

                    -against-                                      **ORDER**

BOLIVARIAN REPUBLIC OF VENEZUELA,

                                    Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On May 11, 2026, counsel for Defendant The Bolivarian Republic of Venezuela filed a motion to withdraw as counsel. ECF No. 128. As indicated in the sworn declaration of Kent A. Yalowitz, of Arnold & Porter, LLP, Venezuela no longer authorized Arnold and Porter to represent or act on its behalf. ECF No. 128-1. Given the representations in Mr. Yalowitz's declaration, on May 12, 2026, the Court granted the motion to withdraw. ECF No. 129. That same day, Plaintiff filed a letter objecting, in part, because there was "no mention of substitute counsel." ECF No. 130. Accordingly, the Bolivarian Republic of Venezuela is hereby directed to obtain new counsel by **Monday, August 17, 2026**, with the authority to speak on the Republic's behalf. If new counsel for the Republic has not filed a notice of appearance by **August 17, 2026**, the Republic is hereby directed to submit a status letter by **Monday, August 24, 2026**. Mr. Yalowitz is instructed to transmit this Order to the Republic. The Clerk of Court is directed to terminate Mr. Yalowitz as attorney of record for the Republic.

          **SO ORDERED.**

DATED:        New York, New York
              May 19, 2026

                                            _____
                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge